

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00170-CR

**WILLIAM CHARLES WEBB,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2012-678-C2**

# ORDER

On July 12, 2018, we received the following three motions from Appellant William Charles Webb: "Appellant, William Charles Webb's, Motion for Rehearing," "Appellant's Motion Requesting the Clerk's Record," and "Appellant's Second Motion Requesting Appointment of Counsel." None of the motions contains proper proof of service as required by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5.

We have previously invoked Rule 2 in this appeal to suspend Rule 9.5's proof-of-service requirement for Appellant's first motion for the appointment of counsel, and we

forwarded Appellant's first motion for the appointment of counsel to the attorney of record for the State. However, the Clerk of the Court notified Appellant by letter dated June 7, 2018, that "[n]o other service will be undertaken as an accommodation by this Court."

Accordingly, "Appellant, William Charles Webb's, Motion for Rehearing," "Appellant's Motion Requesting the Clerk's Record," and "Appellant's Second Motion Requesting Appointment of Counsel" are stricken. *See* TEX. R. APP. P. 9.4(k).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed August 15, 2018

